IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

ELECTRONICALLY FILED
Jun 17 2024
U.S. DISTRICT COURT
Northern District of WV

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) |
| v. | ) CIVIL ACTION NO. 2:24-CV-11 (Kleeh) |
| **KATIE ESTES,** | ) |
| **Defendant.** | ) |

## COMPLAINT

The United States of America ("United States"), by and through William Ihlenfeld, United States Attorney for the Northern District of West Virginia, and Morgan S. McKee, Assistant United States Attorney for this District, files this Complaint against Katie A. Estes and alleges as follows:

1. This is a civil action brought by the United States of America. This Court has jurisdiction hereof under 28 U.S.C. § 1345.

2. Defendant Katie A. Estes is a West Virginia resident, residing in Randolph County. Defendant is within the Court's jurisdiction and venue is proper.

3. Defendant is indebted to the Plaintiff in the principal amount of $14,500.60, plus administrative fees of $5,232.17. *See* Certificate of Indebtedness, attached as Exhibit A.

4. Demand has been made upon the Defendant by the Plaintiff for the sum due, but the amount remains unpaid. A written demand for the sum was sent to Defendant by the U.S. Department of Justice, Nationwide Central Intake Facility. *See* letter dated March 19, 2024, attached as Exhibit B.

WHEREFORE, Plaintiff prays judgement against Defendant for the total of $19,732.77,

plus costs, prejudgment interests to the date of judgment, and such further relief as the Court deems appropriate. Plaintiff further demands, pursuant to 28 U.S.C. § 1961(a), that interest on the judgment be at the legal rate until paid in full.

Dated: June 17, 2024

Respectfully Submitted,

WILLIAM IHLENFELD
UNITED STATES ATTORNEY

By: /s/ Morgan S. McKee
Assistant United States Attorney
WV Bar No. 12669
P.O. Box 591
Wheeling, WV 26003
Phone: (304) 234-0100
Fax: (304) 234-0110
Morgan.mckee@usdoj.gov